IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LYDIA CORONADO-SELVERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-20-CV-397-FB |
| | § | |
| KILOLO KIJAKAZI, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION,[1] | § | |
| | § | |
| Defendant. | § | |

# J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge, filed in this case on August 12, 2021 (docket #16), is ACCEPTED such that the decision of the Commissioner finding plaintiff is not disabled and denying plaintiff's application for Social Security Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Income under Title XVI of the Social Security Act is AFFIRMED.

IT IS FURTHER ORDERED that this case is DISMISSED, motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 27th day of August, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] This case was originally filed against Andrew Saul, the previous Commissioner of the Social Security Administration. On July 9, 2021, Kilolo Kijakazi was appointed as Acting Commissioner of the Social Security Administration. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Kilolo Kijakazi—the current Acting Commissioner of the Social Security Administration—for named Defendant Andrew Saul.